UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:98-CR-00473-PMP |
| | ) | 2:98-CR-00139-PMP |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WAYNE ANDRE McMINIMENT | ) | |
| | ) | |
| Defendant. | ) | |

On December 6, 2011, the Court received the attached letter from Defendant Wayne A. McMiniment. In the letter, Mr. McMiniment requests the restoration of his right to vote. However, this Court has no authority to grant the relief requested by Mr. McMiniment under N.R.S. 213.157 or any other applicable statute.

**IT IS THEREFORE ORDERED** that Defendant McMiniment's letter shall be treated as a motion and the same is hereby **DENIED** without prejudice to Mr. McMiniment to seek the relief requested in any other appropriate form.

DATED: December 7, 2011.

_____
PHILIP M. PRO
United States District Judge